IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>Defendants. | Case No. 21-cv-05982<br><br>**Judge John Robert Blakey**<br><br>**Magistrate Judge Young B. Kim** |

**PLAINTIFF MONSTER ENERGY COMPANY'S *EX PARTE* MOTION FOR ENTRY OF A TEMPORARY RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, A TEMPORARY ASSET RESTRAINT, AND EXPEDITED DISCOVERY**

Plaintiff Monster Energy Company ("MEC" or "Plaintiff") seeks entry of an *ex parte* Temporary Restraining Order, including a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of Unauthorized Monster Energy Products, a temporary asset restraint, and expedited discovery in an action arising out of 15 U.S.C. § 1114; Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a); and the U.S. Copyright Act, 17 U.S.C. § 101, *et seq*. A Memorandum of Law in Support is filed concurrently with this Motion.

Dated this 11th day of November 2021.     Respectfully submitted,

                                                 /s/ Justin R. Gaudio
                                                 Amy C. Ziegler
                                                 Justin R. Gaudio
                                                 Martin F. Trainor
                                                 Thomas J. Juettner
                                                 Greer, Burns & Crain, Ltd.
                                                 300 South Wacker Drive, Suite 2500
                                                 Chicago, Illinois 60606
                                                 312.360.0080
                                                 312.360.9315 (facsimile)
                                                 aziegler@gbc.law
                                                 jgaudio@gbc.law
                                                 mtrainor@gbc.law
                                                 tjjuettner@gbc.law

                                                 *Attorneys for Plaintiff Monster Energy Company*